**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Gaelan Pierre SPRUILL, Defendant–
Appellant.**

**No. 12–12475**

**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 16, 2013.

Lennard B. Register, III, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL,

Pamela C. Marsh, U.S. Attorney's Office, Panama City, FL, Kathryn Dee Risinger, U.S. Attorney's Office, Del Rio, TX, Robert D. Stinson, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff–Appellee.

Dustin Scott Stephenson, Dustin Stephenson, PA, Panama City, FL, for Defendant–Appellant.

Gaelan Pierre Spruill, Marianna, FL, pro se.

Before MARCUS, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Dustin Stephenson, appointed counsel for Gaelan Pierre Spruill in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Spruill's convictions and sentences are **AF-FIRMED.**